**Billy G. ASEMANI, Plaintiff–Appellant,**

v.

**The GOVERNMENT OF ISLAMIC REPUBLIC OF IRAN; The Supreme Leader of The Islamic Revolution Khamenei; The Islamic Revolutionary Court; The Ministry of Intelligence and Security; The Council of Guardians; The Ministry of Islamic Culture and Guidance; The Islamic Revolutionary Guards Corps; Ali Fallah Ian–Khuzestani, Head of the Revolutionary Guard Corps; Hoggatol–Islam Nayerri, Chief Judge of the Islamic Revolutionary Court, Defendants–Appellees.**

No. 10–7398.

United States Court of Appeals, Fourth Circuit.

Submitted: March 17, 2011.

Decided: April 1, 2011.

Billy G. Asemani, Appellant Pro Se.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

240

PER CURIAM:

Billy G. Asemani appeals the district court's order denying his motion for clarification and for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Asemani v. The Gov't of Islamic Rep. of Iran,* No. 1:07–cv–00693–CMH–BRP (E.D.Va. Sept. 13, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*